```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06832
   SHARON D BARFIELD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9807


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/16/2007 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/16/2008.
-----------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                               PAID            PAID
-----------------------------------------------------------------------
 CITIMORTGAGE INC           CURRENT MORTG          .00             .00              .00
 COLLECTION SYSTEMS INC     UNSECURED        NOT FILED             .00              .00
 COLLECTION SYSTEMS INC     UNSECURED        NOT FILED             .00              .00
 CREDIT COLLECTION SERVIC   UNSECURED        NOT FILED             .00              .00
 CREDIT MANAGEMENT INC      UNSECURED        NOT FILED             .00              .00
 CREDIT PROTECTION          UNSECURED        NOT FILED             .00              .00
 GC SERVICES DATA CONTROL   UNSECURED        NOT FILED             .00              .00
 PEOPLES GAS & LIGHT        UNSECURED          2224.53             .00              .00
 TRIAD FINANCIAL CORP       UNSECURED          5546.05             .00              .00
 CITIMORTGAGE INC           MORTGAGE ARRE         .00              .00              .00
 COOK COUNTY TREASURER      PRIORITY        NOT FILED              .00              .00
 COOK COUNTY TREASURER      SECURED               .00              .00              .00
 CITY OF CHICAGO WATER DE   SECURED            596.00              .00            75.00
 ROUNDUP FUNDING LLC        UNSECURED           646.00             .00              .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,354.00                          1,489.08
 TOM VAUGHN                 TRUSTEE                                              115.92
 DEBTOR REFUND              REFUND                                                  .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE               1,680.00

 PRIORITY                                        .00
 SECURED                                       75.00
 UNSECURED                                       .00
 ADMINISTRATIVE                             1,489.08
 TRUSTEE COMPENSATION                         115.92
 DEBTOR REFUND                                   .00
                     ---------------    ---------------
 TOTALS                1,680.00             1,680.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06832 SHARON D BARFIELD
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 06832 SHARON D BARFIELD